Robert C. Schubert #62684
Willem F. Jonckheer #178748
Amber L. Schubert #278696
Sonum Dixit #353395
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law
sdixit@sjk.law

*Attorneys for Plaintiff and Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TARRA CHAMBERLAIN, individually and on behalf of all other similarly situated,

Plaintiff,

v.

GRANOLA, INC. AND GRANOLA LABS LTD.

Defendants.

Case No. 3:26-cv-07926-EMC

**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 6.1(a)**

Action Filed: July 30, 2026
Trial Date: Not Set

Plaintiff Tarra Chamberlain ("Plaintiff") and Defendant Granola, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, as follows:

WHEREAS, Plaintiff's Complaint was filed on July 30, 2026;

WHEREAS, on August 5, 2026, Plaintiff served the Summons and Complaint for this action on Granola, Inc., and pursuant to FRCP 12(a), a response to the Complaint is due on or before August 26, 2026;

WHEREAS, Granola, Inc. requires time to investigate the allegations in the Complaint and to meet and confer with Plaintiff regarding the response to the Complaint, and the Parties agree to extend the time for Granola, Inc. to respond to the Complaint in the above-entitled action up to and including October 12, 2026;

WHEREAS, Granola Labs Ltd. has not yet been served; and

WHEREAS, the Parties have not previously requested any other time modifications in this case, and this stipulated extension will not disrupt deadlines "already fixed by Court order" in the above-entitled action pursuant to Civil Local Rule 6-1(a),

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that Granola, Inc's deadline to respond to the Complaint shall be October 12, 2026.

[*Signatures to follow*]

Dated: August 20, 2026

**SCHUBERT JONKHEER & KOLBE LLP**

BY: */s/ Amber L. Schubert*
ROBERT C. SCHUBERT
WILLEM F. JONCKHEER
AMBER L. SCHUBERT
SONUM DIXIT

Attorneys for Plaintiff
TARRA CHAMBERLAIN

Dated: August 20, 2026

**LOWEY DANNENBERG, P.C.**

BY: */s/ Christian Levis*
CHRISTIAN LEVIS
AMANDA FIORILLA

Attorneys for Plaintiff
TARRA CHAMBERLAIN

DATED: August 20, 2026

By: */s/ Douglas B. Luftman*
Douglas B. Luftman

General Counsel
GRANOLA, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Amber L. Schubert*
Amber L. Schubert